# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GOR MANUKYAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04197-AH (Ex)<br><br>[Los Angeles County Superior Court Case No.: 25STCV10321]<br><br>Complaint Filed: April 7, 2025<br>Assigned to District Judge Anne Hwang and Magistrate Judge Charles F. Eick<br><br>**ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE  [17] [JS-6]** |

The Court, having reviewed the Notice of Voluntary Dismissal with Prejudice, as executed by counsel of record for Plaintiff, and good cause appearing thereon, hereby ORDERS as follows:

1.   The action of Plaintiff GOR MANUKYAN "Plaintiff") before this Court, which has been designated as Case Number 2:25-cv-04197-AH-(Ex) is DISMISSED, with prejudice, pursuant to Rule 41(A)(2). of the Federal Rules of Civil Procedure, as to all of Plaintiff's claims for relief against Defendant State Farm General Insurance Company.

2.    Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: MAY 15, 2026

_____
Honorable Judge Anne Hwang
United States District Judge